# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 703 |
| | : | |
| ORDER AMENDING RULE 105 OF THE PENNSYLVANIA RULES OF JUVENILE COURT PROCEDURE | : : : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11ᵗʰ day of August, 2016, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 45 Pa.B. 4902 (August 22, 2015):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 105 of the Pennsylvania Rules of Juvenile Court Procedure is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.